IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

    Plaintiff,                              No. CIV S-06-2151 WBS DAD P

    vs.

DAVID RAMIREZ, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On May 17, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant David Ramirez. That thirty day period expired, and plaintiff had not responded in any way to the court's order. Accordingly, on July 11, 2007, this court issued findings and recommendations, recommending that this action be dismissed. Plaintiff has filed objections, requesting relief from the findings and recommendations. He alleges that the envelope the court sent to him did not contain any USM-285 forms.

        In the interests of justice, the court will vacate its July 11, 2007 findings and recommendations and direct the clerk of the court to send plaintiff 1 USM-285 form, 1 summons, an instruction sheet and a copy of plaintiff's original complaint. Plaintiff will be ordered to complete and submit the documents within thirty days from the date of this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's July 11, 2007 findings and recommendations are vacated.

2. Service of the complaint is appropriate for David Ramirez.

3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the complaint filed September 28, 2006.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the defendant listed in number 2 above; and

   d. Two copies of the original complaint filed September 28, 2006.

5. Plaintiff shall not attempt to effect service of the complaint on the defendant or request a waiver of service of summons from the defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2151.36usm

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

        Plaintiff,                    No. CIV S-06-2151 WBS DAD P

    vs.

DAVID RAMIREZ, et al.,          NOTICE OF SUBMISSION

        Defendant.              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ one completed summons form;

        ____ one completed USM-285 form; and

        ____ two true and exact copies of the complaint filed September 28, 2006.

DATED: _____.

                                                        _____
                                                         Plaintiff