IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

      Plaintiff,                     No. CIV S-06-2151 WBS DAD P

    vs.

DAVID RAMIREZ,

      Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed an amended complaint.  Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party.  <u>See</u> Fed. R. Civ. P. 15(a).  An answer was filed by the defendants in this action on October 25, 2007.  Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties.  Plaintiff's amended complaint will therefore be stricken, and this action will proceed on the complaint filed September 28, 2006.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's November 8, 2007
2 amended complaint is stricken.
3 DATED: November 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2151.10c