IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

      Plaintiff,                        No.  CIV S-06-2151 WBS DAD P

    vs.

DAVID RAMIREZ,

      Defendant.                  <u>ORDER</u>

_____/

        Plaintiff has filed what appears to be a request to physically appear for all court proceedings.  Plaintiff has also filed a pretrial statement as well as other pretrial requests, including a request to require attendance of incarcerated witnesses at his trial.  Plaintiff is advised that, under the court's scheduling order, he is not required to file a pretrial statement until January 2, 2009.  Plaintiff is also advised that the court will issue any necessary pretrial orders and a writ of ad testificandum requiring plaintiff's appearance at the appropriate time if necessary.  Such pretrial orders and a writ of ad testificandum are premature at this time.

/////
/////
/////
/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's September 5, 2008
2  requests (Doc. No 36) are denied as premature.
3  DATED: September 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2151.writ