IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH WILLIAMS,**<br><br>                                                  Plaintiff,<br><br>         v.<br><br>**DAVID RAMIREZ, et al. ,**<br><br>                                 Defendant and Appellant. | 2:06-CV-2151 WBS DAD P<br><br>**ORDER** |

    Defendant Ramirez has requested an extension of time to file a dispositive motion. Good cause appearing, IT IS HEREBY ORDERED that defendant's October 2, 2008 request is granted. Defendant shall file a dispositive motion on or before October 17, 2008.

DATED: October 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/will2151.36msj