1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH WILLIAMS,

11           Plaintiff,                        No. CIV S-06-2151 WBS DAD P

12       vs.

13   DAVID RAMIREZ, et al.,

14           Defendants.                       ORDER

15   _____/

16           On October 16, 2008, defendant Ramirez filed a request for a two-week extension

17   of time to file a dispositive motion.  On October 24, 2008, defendant filed his motion for

18   summary judgment.  Good cause appearing, defendant's request will be granted nunc pro tunc,

19   and his motion for summary judgment will be deemed timely.

20           IT IS HEREBY ORDERED that:

21           1.  Defendant's October 16, 2008 request for an extension of time (Doc. No. 40) is

22   granted nunc pro tunc;

23           2.  Defendant's October 24, 2008 motion for summary judgment is deemed

24   timely; and

25   /////

26   /////

1

1          3.  Plaintiff shall file an opposition or a statement of non-opposition to

2  defendant's motion for summary judgment within thirty days of the date of service of this order.

3  Defendant shall file a reply, if any, in accordance with Local Rule 78-230(m).

4  DATED: November 4, 2008.

5

6  _____

DALE A. DROZD

7  UNITED STATES MAGISTRATE JUDGE

8  DAD:9
will2151.npt

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2