IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

        Plaintiff,                      No. CIV S-06-2151 WBS DAD P

    vs.

DAVID RAMIREZ,

        Defendant.               ORDER

_____/

        Under the court's April 9, 2008 scheduling order, plaintiff's pretrial statement is due on January 2, 2009, and defendant's pretrial statement is due on January 9, 2009. Pretrial conference is set for January 16, 2009, and jury trial is set for April 14, 2009. On October 24, 2008, the defendant filed a motion for summary judgment. Before the court is defendant's request to vacate the scheduling order until after the court rules on the pending motion for summary judgment.

        Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's scheduling order will remain in effect.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's December 16, 2008 request (Doc. No. 47) is granted;

2. The court's April 9, 2008 scheduling order dates related to pretrial statements (January 2, 2009 and January 9, 2009), pretrial conference (January 16, 2009), and jury trial (April 14, 2009) are vacated; and

3. The remainder of the court's scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: December 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2151.41mod

2