IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH WILLIAMS,

       Plaintiff,                    No. CIV S-06-2151 WBS DAD P

   vs.

DAVID RAMIREZ, et al.,

       Defendants.           <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983. On August 28, 2009, defense counsel informed the court that the parties have entered into a settlement agreement. The parties anticipate filing a stipulation for dismissal of this action within 150 days. Defense counsel requests that the court vacate all scheduling order dates.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Defendant's August 28, 2009 request to vacate scheduling order dates (Doc. No. 77) is granted;

         2. The court's June 10, 2009 scheduling order dates related to further discovery (October 2, 2009) and additional dispositive motions (December 4, 2009) are vacated. The court will issue a revised scheduling order if necessary at a future date; and

1

3. The parties are directed to file a status report or a stipulation for dismissal of this action within 150 days of the date of this order.

DATED: August 31, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2151.vacsched