IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH WILLIAMS,** | Case No. 2:06-CV-2151 WBS DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **DAVID RAMIREZ, et al. ,** | |
| Defendant and Appellant. | |

The parties have filed a Stipulation of Dismissal with Prejudice.  Accordingly, this matter is dismissed, with prejudice.

IT IS SO ORDERED.

DATED: November 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (2:06-CV-2151 WBS DAD P)